MARKS & SPENCER SALES CORP. ET AL. *v.* UNITED STATES

No. 7041.—Invoices dated Manchester, England, August 8, 1941, etc.
   Certified August 21, 1941, etc.
   Entered at New York, N. Y., September 19, 1941, etc.
   Entry No. 714873, etc.

(Decided March 19, 1947)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
   (Stipulation omitted.)
   On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
   Judgment will be rendered accordingly.

ALEX TAYLOR & CO., INC., ET AL. *v.* UNITED STATES

No. 7042.—Invoices dated Newcastle, England, October 7, 1941, etc.
   Certified October 7, 1941, etc.
   Entered at New York, N. Y., November 19, 1941, etc.
   Entry No. 725439, etc.

(Decided March 19, 1947)

*Sharretts & Hillis (Hadley S. King* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
   (Stipulation omitted.)
   On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.
   Judgment will be rendered accordingly.